AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:25-M -03228(1) |
| | § |
| (1) Jose Martin Santillan-Baez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 29, 2025** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**
.

I further state that I am a(n) **Border Patrol Agent, CASTILLO, RUBEN** and that this complaint is based on the following facts: *"On July 28, 2025, SANTILLAN-Baez, Jose was arrested near Del Rio, TX for attempting to transport illegal aliens further into the United States. During an immigration inspection at the Highway 277 Border Patrol Checkpoint, Agents discovered two illegal aliens in the cargo area of the Kia Soul driven by SANTILLAN-Baez, Jose. In a post-Miranda statement,*

**Continued on the attached sheet and made a part of hereof.**

| | |
|---|---|
| Sworn to before me and subscribed in my presence, | /s/ CASTILLO, RUBEN |
| | Signature of Complainant |
| | CASTILLO, RUBEN |
| | Border Patrol Agent |
| 07/31/2025 | at   DEL RIO, Texas |
| File Date | City and State |
| MATTHEW H. WATTERS | |
| UNITED STATES MAGISTRATE JUDGE | Signature of Judicial Officer |

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                     Case Number: DR:25-M -03228(1)

(1) Jose Martin Santillan-Baez

**Continuation of Statement of Facts:**

SANTILLAN-Baez admitted that he was in Eagle Pass, TX to smuggle illegal aliens. One of the illegal aliens, CARRANZA-Ugalde, Fernando identified SANTILLAN-Baez, Jose as the driver of the vehicle in a six pack photo lineup."

_____
Signature of Judicial Officer

/s/ CASTILLO, RUBEN
_____
Signature of Complainant